UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. |
| v. | ) | |
| | ) | 18 U.S.C. 2422(b) |
| MARK GLENHILL | ) | |

INDICTMENT

2:06CR171 RL

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about August 12, 2006, and on or about August 25, 2006, in the Northern District of Indiana and elsewhere, the defendant

MARK GLENHILL

did use a facility and means of interstate commerce, to wit: the World Wide Web internet and Yahoo! internet service, to knowingly attempt to persuade, induce, entice, and coerce "jen_indy_13," whom the defendant believed to be a female minor under the age of eighteen (18), to wit: a thirteen (13) year old, but who was in fact an undercover law enforcement officer, to engage in sexual activity for which a person may be charged with a criminal offense under Indiana law;

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One, the defendant,

MARK GLENHILL

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any and all property used or intended to be used to commit or to facilitate the commission of such offense, including but not limited to:

A white Ford Crown Victoria, vehicle identification number

2FAFP71W3YX174584

A TRUE BILL:

S/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   S/ Gary T. Bell
Gary T. Bell
Assistant United States Attorney
Northern District of Indiana